No. 88–1323. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* EVERHART ET AL. C. A. 10th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–1012. SINGH ET AL. *v.* DREXEL BURNHAM LAMBERT INC. ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 88–1383. ROTH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–1463. WRENN *v.* STATE INDUSTRIAL INSURANCE SYSTEM. Sup. Ct. Nev. Certiorari denied.

No. 88–1464. GREENBERG *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 88–1496. CITY OF CHICAGO ET AL. *v.* BIENEMAN;
No. 88–1497. BIENEMAN *v.* CITY OF CHICAGO ET AL.; and
No. 88–1670. AMERICAN AIRLINES, INC., ET AL. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1520. MEDICAL MALPRACTICE INSURANCE ASSN. *v.* SUPERINTENDENT OF INSURANCE OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 88–1577. FLITCRAFT ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–1584. SIZEMORE *v.* TEXAS BOARD OF DENTAL EXAMINERS. Sup. Ct. Tex. Certiorari denied.

No. 88–1588. BOYCE *v.* ISRAELITE BIBLE CLASS, INC. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88–1589. FITANIDES *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.